IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, as Trustee of REGENCY TRUST, BERRYVALE TRUST, and HOTLUM TRUST,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. 2:12-CV-2058-JAM-CMK<br><br><br><br><br><br>ORDER |

      Plaintiff, proceeding in propria persona on behalf of three trusts, brings this civil action relating to property titles. This matter is set for an initial scheduling conference on November 28, 2012, before the undersigned in Redding, California. Also pending before the court is defendants' motion to dismiss. The court finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has been resolved. Once the motion has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for
2  November 28, 2012, is vacated, to be reset following final resolution of the pending motion to
3  dismiss, if appropriate.

5  DATED: November 26, 2012

            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE