IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, as Trustee of REGENCY TRUST, BERRYVALE TRUST, and HOTLUM TRUST<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. 2:12-CV-2058-JAM-CMK<br><br><br><br><br>ORDER |

       Plaintiff, proceeding *in propria persona* on behalf of three trusts, brings this civil action relating to property titles. Defendant has filed a notice of related case, pursuant to Local Rule 123(a), informing the court that there is another action filed in this court which may involve some identical issues.

       Local Rule 123(a) permits the court to relate actions when both actions involve the same parties and are based on the same claim, involve the same property, involve similar questions of fact and the same question of law, or when judicial resources may be conserved. Here, the second action identified by the defendant as related to this action is <u>United States v. L. Richard Shearer, et al.</u>, Case No. 2:12-cv-2334 GEB GGH. Reviewing the two actions, the

undersigned acknowledges that some of the parties involved are the same, but that is limited to Mr. Swenson and the three trusts at issue in his complaint.  There are other defendants involved in second action who are not involved in this one.  In addition, while the actions may involve similar questions of fact and may involve the same question of law, there are additional issues to be addressed in the later filed action which may not be the same as those involved in this action.

While there may be a basis for relating the two cases, the court declines to do so at this time.  The complaint in this action has been dismissed, and the court has provided plaintiff with an opportunity to obtain counsel and file an amended complaint.  Until such time as that occurs, there is no way to predict whether this case will proceed.  If it does, the court may revisit the issue of relating the cases.

Accordingly, IT IS HEREBY ORDERED that the court declines to enter a related case order in this action.


DATED: January 24, 2013

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE