IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY SWENSON, as Trustee of REGENCY TRUST, BERRYVALE TRUST, and HOTLUM TRUST,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. 2:12-CV-2058-JAM-CMK<br><br><br><br><br>ORDER |

        Plaintiff, proceeding *in propria persona* on behalf of three trusts, brings this civil action relating to property titles. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On January 14, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2013, are adopted in full;

2. Defendant's motion to dismiss (Doc. 5) is granted;

3. The complaint (Doc. 1) in this action is dismissed without prejudice; and

4. Plaintiff is granted 60 days in which to retain an attorney to represent the trusts in this action and file an amended complaint.

DATED:   March 18, 2013

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE